IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEYDER GALARZA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT SHANNON, et al., | : | NO. 05-5535 |

**ORDER**

AND NOW, this           day of                          , 2005, upon consideration of Petitioner's *pro se* Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, the Commonwealth's letter brief, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Amended Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE to Petitioner's right to refile promptly at the conclusion of state court proceedings; and

3. Petitioner has not met statutory requirements to have his case heard, and no reasonable jurist could find this procedural ruling debatable; thus, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
J. NORMA L. SHAPIRO